# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

RAY DONOVAN NEVELS,

    Plaintiff,

v.                              CASE NO. 4:06cv541-RH/WCS

CAPITOL ONE AUTO FINANCES, INC., et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 6), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. This matter is hereby transferred to the United States District Court for the Middle District of Florida, Tampa Division. The clerk shall take all actions necessary to effect the transfer.

SO ORDERED this 23d day of January, 2007.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge